# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,
          Respondent

          v.

GARRETT ASHLEY LUTTRELL,

          Petitioner

: No. 260 WAL 2023
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 2nd day of April, 2024, the Petition for Allowance of Appeal is **DENIED**.